IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| In the Matter of the Complaint of<br>BUCHANAN MARINE, L.P. and<br>A.P. FRANZ TRUSTEE OF THE<br>BUCHANAN TRUST, as owner pro hac vice<br>manager/charterer and owner, respectively,<br>of the TUG BUCHANAN 14 for<br>exoneration from or Limitation of<br>Liability | * <br> * <br> * <br> * <br> * <br> * | Civil Action No.<br>WMN 02 CV 817 |

\* \* \* \* \* \* \* \* \* \* \*



**ORDER ALLOWING FILING OF
AD INTERIM STIPULATION FOR VALUE**

A.P. Franz Trustee of the Buchanan Trust ("Buchanan Trust"), as owner of and claimant to the TUG BUCHANAN 14, and Buchanan Marine, L.P. ("Buchanan L.P."), manager/charterer/owner pro hac vice of the TUG BUCHANAN 14 (herein collectively, "Buchanan"), having filed a Complaint for Exoneration from or Limitation of Liability, and having filed said complaint appending an Ad Interim Stipulation for Value in the amount of Two Hundred Fifty Thousand Dollars ($250,000) providing for interest at the statutory pre-judgment rate and security for costs in the amount of One Thousand Dollars ($1,000), and good cause appearing, it is hereby, pursuant to Rule F, Supplemental Rules of the Federal Rules of Civil Procedure for Certain Admiralty and Maritime Claims, and United States District Court for the District of Maryland Local Admiralty Rule (f),

ORDERED that the proffered Ad Interim Stipulation for Value shall be accepted, and further

ORDERED that pursuant to Rule F, Supplemental Rules of the Federal Rules of Civil

Procedure for Certain Admiralty and Maritime Claims, any claimant or party to this proceeding may apply by motion to have the amount of such <u>Ad</u> <u>Interim</u> Stipulation for Value increased or diminished as the case may be on the filing of any report of due appraisement of plaintiffs' interests in the Vessel ordered by the Court, or on the ultimate determination of the Court on exceptions to any such appraisement report.

    SO ORDERED this /8/day of March, 2002.

_____
United States District Judge