IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED _____ ENTERED
LODGED _____ RECEIVED

APR 29 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
              DEPUTY

| | |
|---|---|
| NORFOLK DREDGING COMPANY : | |
| v. : | Civil No. WMN-02-662 |
| M/V A.V. KASTNER, her engines, : boilers, tackle, etc., in rem, et al. : | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| BUCHANAN MARINE, L.P. et al. : | |
| v. : | Civil No. WMN-02-666 |
| M/V A.V. KASTNER, her engines, : freights, tackle and apparel, et al. : | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| In the Matter of the Complaint of : BUCHANAN MARINE, L.P. and A.P. : FRANZ TRUSTEE OF THE BUCHANAN : TRUST, as owner pro hac vice manager/ : charterer and owner, respectively, of the : TUG BUCHANAN 14 for exoneration : from or Limitation of Liability : | Civil No. WMN-02-817 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| In the Matter of the Complaint of : GYPSUM TRANSPORTATION, : LIMITED for exoneration from or : Limitation of Liability : | Civil No. WMN-02-1186 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| In re Petition to Perpetuate Testimony : Pursuant to Fed. R. Civ. P. 27 : | Misc. No. WMN-02-71-MC |
| By : | |
| BUCHANAN MARINE, L.P. : | |

<u>ORDER</u>

Before the Court are various motions of Gypsum Transportation, Ltd., filed on April 8, 2002, to consolidate the above-noted cases: Paper No. 20 in Civil Action No. WMN-02-662; Paper No. 14 in Civil Action No. WMN-02-666; Paper No. 7 in Civil Action No. WMN-02-817; Paper No. 6 in Civil Action No. WMN-02-1186; and Paper No. 4 in Misc. No. WMN-02-71. The Court having concluded that it would be in the interest of justice and judicial economy to consolidate these cases, both for discovery and for trial,

Accordingly, IT IS this 29th day of April, 2002, by the United States District Court for the District of Maryland, ORDERED:

1. That the motions to consolidate: Paper No. 20 in Civil Action No. WMN-02-662; Paper No. 14 in Civil Action No. WMN-02-666; Paper No. 7 in Civil Action No. WMN-02-817; Paper No. 6 in Civil Action No. WMN-02-1186; and Paper No. 4 in Misc. No. WMN-02-71 are hereby "GRANTED";

2. That pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the above-captioned cases are hereby consolidated for all purposes under Civil Action No. WMN-02-662, and all future pleadings are to be captioned and filed in that action;

3. That all pleadings filed heretofore in Civil Action Nos. WMN-02-666, WMN-02-817, WMN-02-1186 and Misc. No. WMN-02-71 shall be deemed to have been filed in Civil Action No. WMN-02-662;

4. That Civil Action Nos. WMN-02-666, WMN-02-817, WMN-02-1186 and Misc. No. WMN-02-71 are hereby ADMINISTRATIVELY CLOSED; and

5. That the Clerk of the Court shall MAIL or TRANSMIT a copy of this Order to all counsel of record.

_____
William M. Nickerson
United States District Judge